CHIEF JUSTICE
  CAROLYN WRIGHT
JUSTICES
  DAVID L. BRIDGES
  MOLLY FRANCIS
  DOUGLAS S. LANG
  ELIZABETH LANG-MIERS
  ROBERT M. FILLMORE
  LANA MYERS
  DAVID EVANS
  DAVID LEWIS
  ADA BROWN
  CRAIG STODDART
  BILL WHITEHILL
  DAVID SCHENCK



**Court of Appeals
Fifth District of Texas at Dallas**
600 COMMERCE STREET, SUITE 200
DALLAS, TEXAS 75202
(214) 712-3400

LISA MATZ
CLERK OF THE COURT
(214) 712-3450
lisa.matz@5th.txcourts.gov

GAYLE HUMPA
BUSINESS ADMINISTRATOR
(214) 712-3434
gayle.humpa@5th.txcourts.gov

FACSIMILE
(214) 745-1083

INTERNET
HTTP://5TH.TXCOURTS.GOV

February 5, 2015

John G. Tatum
Attorney at Law
990 South Sherman Street
Richardson, TX  75081

Karen R. Wise
Assistant District Attorney
Frank Crowley Courts Bldg
133 N. Riverfront Blvd. LB19
Dallas, TX  75207-4399

Re:  *William Paul Langrum v. State; 05-13-01489-CR*

Dear Attorneys:

Enclosed are corrected pages for the above-mentioned case.  Please note the following typographical errors, which have been corrected:

The street name Lemon has been corrected to Lemmon

Please replace pages 3, 4, and 5 of your previous copy with the enclosed.

Sincerely,

Lisa Matz
Clerk of the Court

cc:     Trial court judge
        Trial court clerk